1
2
3
4                     **UNITED STATES DISTRICT COURT**
5                           **DISTRICT OF NEVADA**
6
7   COMMERCIAL RECOVERY CORPORATION,       )
8                          Plaintiff,      )      Case No. 2:13-cv-00221-RCJ-PAL
                                           )
9   vs.                                    )              **ORDER**
                                           )
10  BISHOP CORPORATION SOLUTIONS, LLC,     )
                                           )
11                         Defendant.      )
    _____    )
12
13          This matter is before the court on Defendant's failure to file a Certificate as to Interested Parties

14  as required by LR 7.1-1.  The Complaint (Dkt. #1) in this matter was filed February 1, 2013.  The

15  Answer (Dkt. #10) was filed April 1, 2013.  LR 7.1-1(a) requires, unless otherwise ordered, that in all

16  cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a

17  case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of

18  persons, firms, partnerships or corporations (including parent corporations) which have a direct,

19  pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known

20  interested parties, other than those participating in the case, a statement to that effect must be filed.

21  Additionally, LR 7.1-1(c)  requires a party to promptly file a supplemental certification upon any

22  change in the information that this rule requires.  To date, Defendant has failed to comply.

23          This matter is also before the court on defendant Bishop Corporate Solutions, LLC's failure to

24  designate counsel of record authorized to appear in this action on its behalf.  A corporation cannot

25  appear except through counsel.  *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993)*;*

26  *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  Because a corporation

27  cannot appear except through counsel, Defendant Bishop Corporate Solutions, LLC, shall designate

28  counsel of record authorized to appear in this action on its behalf.  Accordingly,

**IT IS ORDERED** that:

1.      Defendant shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., August 8, 2013.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

2.      Defendant Bishop Corporate Solutions, LLC, shall designate counsel of record authorized to appear in this action on its behalf **no later than 4:00 p.m., August 8, 2013.**  In the event Defendant Bishop Corporate Solutions, LLC fails to timely comply with this court's order, sanctions up to and including dispositive sanctions may be imposed for failure to comply.

Dated this 25th  day of July, 2013.

Peggy A. Leen
United States Magistrate Judge

2