**Marquis Aurbach Coffing**
David A. Colvin, Esq.
Nevada Bar No. 4096
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
dcolvin@maclaw.com

Charles N. Nauen, MN #121216
Gregory J. Myers, MN #0287398
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:  612-339-6900
Facsimile:  612-339-0981
cnnauen@locklaw.com
gjmyers@locklaw.com
*Pro Hac Vice Counsel*

Shawn M. Perry, MN #0185000
Perry & Perry, PLLP
Parkdale Plaza, Suite 336
1660 Highway 100 South

Minneapolis, MN 55416-1560
Telephone:  952- 546-3555
shawn.perry@pppllp.com
*Pro Hac Vice Counsel*

Attorneys for Plaintiff, Commercial
Recovery Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Commercial Recovery Corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>Bishop Corporate Solutions, LLC,<br><br>                    Defendant. | Case No.:        2:13-cv-00221-RCJ-PAL |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

Page 1 of 4

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

WHEREAS, Defendant Bishop Corporate Solutions, LLC ("Bishop"), represents and warrants to Plaintiff and the Court that:

- On April 1, 2013, Bishop ceased operations, terminated its employees and its accounts were turned back to its clients;
- Bishop's licenses have been surrendered to the state of Nevada and it has no operations or assets;
- Bishop's charter expires in August 2013;
- On June 28, 2013, a default judgment was entered against Bishop in *Heflin v. Bishop Corporate Solutions, LLC*, et al, Clark County Nevada District Court Case No. A-11-634766-C in the amounts of $71,761.59, $39,149.30 and $16,111.61. Bishop has no ability to satisfy said judgments;
- Bishop is no longer in business and will soon cease to exist; and
- Bishop has no intent of conducting business in the future through Bishop or any other company using Bishop's assets.

WHEREAS, Bishop further represents and warrants to Plaintiff and the Court that Bishop has no assets or income, has not and will not transfer any of Bishop's assets that have not already been transferred to others and lacks the resources to settle this action or satisfy any eventual judgment; and

WHEREAS, Bishop further represents and warrants to Plaintiff and the Court that it understands that Plaintiff, Plaintiff's counsel and the Court are relying on its representations in entering into this Stipulation, that said representations are true and correct and that Plaintiff would not be knowingly entering into this Stipulation if any of the representations are incorrect or not truthful.

NOW, THEREFORE, based on the forgoing representations and warranties, the parties, through their respective counsel, hereby stipulate and agree as follows:

///

///

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1.      This action may be dismissed pursuant to an order entered upon this stipulation without prejudice and without costs or attorneys' fees to either party;

2.      If any of the representation and warranties of the parties are knowingly inaccurate and untruthful in any respect, this action may be reopened or re-initiated by Plaintiff, *nunc pro tunc* to the original filing date of this action; and

3.      If reopened or re-initiated by Plaintiff any and all defenses relating to statutes of limitations or time periods for which Plaintiff can seek damages are hereby waived by Bishop and shall be tolled such that Plaintiff may seek damages as would have been permitted based on the original commencement date of this action.  However, Bishop does not waive any of the defenses it may have had on the date of the filing of this action.

Dated this 22nd day of August, 2013.

MARQUIS AURBACH COFFING


By /s/ David A. Colvin
   David A. Colvin, Esq.
   Nevada Bar No. 4096
   10001 Park Run Drive
   Las Vegas, Nevada  89145

   Charles N. Nauen, MN #121216
   Gregory J. Myers, MN #0287398
   LOCKRIDGE GRINDAL NAUEN P.L.L.P.
   100 Washington Avenue South, Suite 2200
   Minneapolis, MN  55401
   *Pro Hac Vice Counsel*

   Shawn M. Perry, MN #0185000
   Perry & Perry, PLLP
   Parkdale Plaza, Suite 336
   1660 Highway 100 South
   Minneapolis, MN 55416-1560

   *Pro Hac Vice Counsel*

   ***Attorneys for Plaintiff***

///

///

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

By /s/ Robert S. Qualey
Robert S. Qualey, Esq.
DOTSON & QUALEY
Robert S. Qualey, Esq.
Nevada Bar Number 003570
2320 Paseo Del Prado, Ste. B-205
Las Vegas, Nevada 89102
nevadacollections@qualeylaw.com
(702) 474-6677

***Attorneys for Defendant***

IT IS SO ORDERED:

ROBERT C. JONES
CHIEF U.S. DISTRICT JUDGE

Dated:  August 28, 2013.

**CERTIFICATE OF SERVICE**

That on the 22nd day of August, 2013, I served a true and correct copy of the forgoing

Stipulation of Dismissal Without Prejudice and Order on all counsel of record via the Court's

Electronic Filing System as follows:

David A. Colvin          dcolvin@marquisaurbach.com

Gregory J. Myers          gjmyers@locklaw.com,

Robert S. Qualey          nevadacollections@qualeylawfirm.com

Shawn M. Perry          shawn.perry@pppllp.com

By      /s/ Shawn M. Perry
Shawn M. Perry

///

///